ACCEPTED
06-15-00064-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/11/2015 7:33:48 AM
DEBBIE AUTREY
CLERK

06-15-00064-CR

| | | |
|---|---|---|
| JONATHAN RAY SHEPHERD | § | IN THE SIXTH COURT OF |
| | § | |
| vs. | § | APPEALS |
| | § | |
| STATE OF TEXAS | § | TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/11/2015 7:33:48 AM
DEBBIE AUTREY
Clerk

## THIRD MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now Comes, **JONATHAN RAY SHEPHERD** Appellant in the above styled matter, and brings this his Third Motion for Extension of Time to File Brief pursuant to Tex. R. App. 10(b) and would show the Court as follows:

**(A) the deadline for filing the item in question;**

The current deadline for appellant to file his brief is **December 7, 2015**

**(B) the length of the extension sought;**

The appellant request that Court extend the deadline to file the appellant's brief until **December 14, 2015.**

**(C) the facts relied on to reasonably explain the need for an extension; and**

On November 13, 2015 Counsel filed a motion for extension of time seeking to extend the deadline to file the brief until December 14, 2015. The motion outlined counsel's calendar and the necessity of the extension. The motion is incorporated herein by reference. On December 10, 2015 counsel received notice from the Court via e-mail that the deadline to file the brief was extended until December 7, 2015. Counsel received notice of the deadline after the deadline had passed. *See Ex. A* Counsel has worked diligently to have the brief filed by

December 14, 2015 as set forth in the second motion for extension of time and anticipates being able to do so. Therefore counsel request that the Court, extend the deadline to December 14, 2015.

The notice dated November 17, 2015 but received on December 11, 2015 provides that that no more extensions will be granted absent extraordinary circumstance. This is an extraordinary circumstance because the notice of the deadline is provided after the deadline passed.

Counsel extends his appreciation to court clerk Molly Pate for bringing this matter to his attention.

**(D) the number of previous extensions granted regarding the item in question**

Counsel has not been granted two previous extensions. The Court did extend the deadline for the appellant to file the brief upon counsel's substitution into this case.

**WHEREFORE, PREMISES CONSIDERED, JONATHAN RAY SHEPHERD** prays that the Court enter an order granting an extension until December 14, 2015 for the appellant to file his brief.

Respectfully submitted,

The Law Office of Russell Wilson II
1910 Pacific Ave
Dallas, TX 75201
Tel: 4695730211
Fax: 972-704-2907

By:/S/ Russell Wilson II
    Russell Wilson II
    State Bar No. 00794870
    Attorney for **JONATHAN RAY SHEPHERD**

## CERTIFICATE OF SERVICE

This is to certify that on December 11, 2015, a true and correct copy of the above and foregoing document was served on the Upshur County District Attorney's Office, by email.

S/ Russell Wilson II
Russell Wilson II

**Russell Wilson II**

From:            coa6noticingservice@txcourts.gov
Sent:            Friday, December 11, 2015 2:00 AM
To:              russell@russellwilsonlaw.com
Subject:         Notice(s): 06-15-00064-CR
Attachments:     MT EXT BRIEF DISP_ANT_GRANT_FILECOPY.pdf

You have received notice(s) for the following case(s):

06-15-00064-CR
TC #16,605
Jonathan Ray Shepherd v. The State of Texas

Files
MT EXT BRIEF DISP_ANT_GRANT_FILECOPY.pdf

Thank you,
Molly Pate, Deputy Clerk
6th Court of Appeals

Do not reply to this message. If you have questions, please contact the Court at (903) 798-3046.

Ex. A

1



CHIEF JUSTICE
JOSH R. MORRISS, III

JUSTICES
BAILEY C. MOSELEY
RALPH K. BURGESS

**Court of Appeals**
*Sixth Appellate District*
**State of Texas**

CLERK
DEBRA K. AUTREY

BI-STATE JUSTICE BUILDING
100 NORTH STATE LINE AVENUE #20
TEXARKANA, TEXAS 75501
(903) 798-3046

November 17, 2015

Russell Wilson II
Law Office of Russell Wilson II
1910 Pacific Ave #15100
Dallas, TX 75201
* DELIVERED VIA E-MAIL *

RE:   Appellate Case Number:     06-15-00064-CR
      Trial Court Case Number:   16,605

Style:  Jonathan Ray Shepherd
        v.
        The State of Texas

The Court entered its order this date in the referenced proceeding whereby Appellant's Second Motion for Extension of Time to File Brief was **GRANTED**; time has been extended to and including: **December 7, 2015**. No more extensions will be granted absent extraordinary circumstances.

We recommend Counsel's review of this Court's policies on requests for briefing extensions. Those policies are set out on our website at http://www.txcourts.gov/6thcoa/practice-before-the-court.aspx "Tips and Guidelines."

Respectfully submitted,

Debra K. Autrey, Clerk

By _Molly Pate_
Deputy

cc:   Natalie A. Miller (DELIVERED VIA E-MAIL)
      Billy W. Byrd (DELIVERED VIA E-MAIL)

FILE COPY



**Court of Appeals**
*Sixth Appellate District*
**State of Texas**

CHIEF JUSTICE
JOSH R. MORRISS, III

JUSTICES
BAILEY C. MOSELEY
RALPH K. BURGESS

CLERK
DEBRA K. AUTREY

BI-STATE JUSTICE BUILDING
100 NORTH STATE LINE AVENUE #20
TEXARKANA, TEXAS 75501
(903) 798-3046

November 17, 2015

Natalie A. Miller
Assistant District Attorney
405 N Titus
Gilmer, TX 75644
* DELIVERED VIA E-MAIL *

Billy W. Byrd
Upshur County District Attorney
405 N Titus
Gilmer, TX 75644
* DELIVERED VIA E-MAIL *

**RE:**   Appellate Case Number:     06-15-00064-CR
          Trial Court Case Number:   16,605

**Style:**  Jonathan Ray Shepherd
           v.
           The State of Texas

The Court entered its order this date in the referenced proceeding whereby Appellant's **Second** Motion for Extension of Time to File Brief was **GRANTED**; time has been extended to and including: **December 7, 2015**. No more extensions will be granted absent extraordinary circumstances.

We recommend Counsel's review of this Court's policies on requests for briefing extensions. Those policies are set out on our website at http://www.txcourts.gov/6thcoa/practice-before-the-court.aspx "Tips and Guidelines."

Respectfully submitted,

Debra K. Autrey, Clerk

By _Molly Pate_
                                                        Deputy